**Denied and Opinion Filed July 20, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00839-CV**

**IN RE IC, JAMES DONDERO,  Relator**

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

Before the Court is relator's petition for writ of mandamus in which he contends the trial court abused its discretion by granting Real Party in Interest's motion for new trial and by entering the Second Amended Final Decree, which modified the possession order included in the First Amended Final Decree.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).

1

Accordingly, we **DENY** relator's petition for writ of mandamus.



                                   /Molly Francis/
                                   MOLLY FRANCIS
                                   JUSTICE

160839F.P05